1  Jamerson Allen (State Bar No. 132866)
   Cara Ching Senaha (State Bar No. 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  allenj@jacksonlewis.com
5  Email: ching-senahac@jacksonlewis.com

6  Attorneys for Defendants
   CHICO MALL, L.P., GENERAL GROWTH
7  PROPERTIES, INC., THE BUCKLE, INC. dba
   THE BUCKLE and SBARRO, INC. dba SBARRO
8
   Lynn Hubbard, III, (State Bar No. 69773)
9  Scottlynn J. Hubbard, IV, (State Bar No. 212970)
   DISABLES ADVOCACY GROUP, APLC
10 12 Williamsburg Lane
   Chico, CA  95926
11 Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
12
   Attorneys for Plaintiff Dimas O'Campo
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 | DIMAS O'CAMPO,                              | Case No.  2:10-CV-01105-LKK-CMK |
18 |         Plaintiff,                          | **ORDER EXTENDING TIME FOR DEFENDANTS CHICO MALL, LP, GENERAL GROWTH PROPERTIES, INC., THE BUCKLE, INC., AND SBARRO, INC.  TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT** |
19 |         v.                                  |
20 | CHICO MALL, LP; GENERAL GROWTH PROPERTIES, INC; PACIFIC SUNWEAR CORP. dba PACSUN #00534; THE BUCKLE, INC. dba THE BUCKLE #295; BRHUMBLE, LLC dba ORANGE JULIUS; THE GAP, INC. dba THE GAP #9109; HOT TOPIC, INC. dba HOT TOPIC #423; KIM INOUYE dba CHICO COOKIE CRUMBS aka MRS FIELDS COOKIES; J.C. PENNEY COMPANY, INC. dba JCPENNEY #2613; SBARRO, INC. dba SBARRO, |
21 |                                             |
22 |                                             | Complaint Filed: 05/05/2010
23 |                                             |
24 |                                             | Trial Date:      None Set
25 |                                             |
26 |         Defendants.                         |

27

28

                                              1        Case No.  2:10-CV-01105-LKK-CMK
                            ORDER APPROVING SECOND STIPULATION
                            EXTENDING TIME TO FILE RESPONSIVE PLEADINGS

Having read and considered the Second Stipulation Extending the Time for Defendants Chico Mall, LP, General Growth Properties, Inc., The Buckle, Inc. and Sbarro, Inc. to File Their Responsive Pleadings To Plaintiff's Complaint and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants Chico Mall, LP, General Growth Properties, Inc., Sbarro, Inc., and The Buckle shall have up to and including Monday, August 9, 2010 by which to file their respective responsive pleadings to Plaintiff's Complaint.

Dated: July 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT