```
                     UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


DIMAS O'CAMPO,
                                         NO. CIV. S-10-1105 LKK/CMK
          Plaintiff,

      v.
                                         O R D E R
CHICO MALL, LP, et al.,

          Defendants.
                                  /
```

On June 22, 2010, defendant Hot Topic, Inc. filed an application for a stay of proceedings pursuant to the newly enacted California Civil Code Section 55.54(d). On June 29, 2010, plaintiff filed a reasoned opposition to the defendant Hot Topic, Inc.'s application. On July 1, 2010, the court set defendant's application for hearing and ordered that defendant may file a reply brief on or before July 12, 2010. On July 13, 2010, defendant filed an ex parte application for a two-day extension of time to file its reply brief. Defendant's counsel filed a declaration that indicated that his delay in timely filing was due to computer problems and a sinus infection.

For the foregoing reasons, the court GRANTS defendant's ex

1

1  parte application, ECF No. 32. Defendant may file a reply brief on
2  or before July 14, 2010.
3      IT IS SO ORDERED.
4      DATED: July 13, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```