1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff
   DIMAS O'CAMPO
6
   JOHN G. CONNOLLY, SBN 115550
7  CONNOLLY, FINKEL & GOSSELIN LLP
   601 S. Figueroa Street, Suite 2610
8  Los Angeles, CA 90017
   Telephone: (213) 452-6500
9  Facsimile: (213) 622-2171

10 Attorneys for Defendant
   Pacific Sunwear Corp.
11

12

13                        UNITED STATES DISTRICT COURT

14                        EASTERN DISTRICT OF CALIFORNIA

15

16 DIMAS O'CAMPO,                      Case No. 2:10-CV-01105-LKK-CMK

17      Plaintiff,
                                       JOINT STIPULATION FOR DISMISSAL
18 v.                                  OF DEFENDANT PACIFIC SUNWEAR
                                       CORP. and
19 CHICO MALL, LP, et al.,             ORDER THEREON

20      Defendants.
                                  /
21

22

23

24

25

26

27

28

1  TO THE COURT AND TO ALL PARTIES:

2     Plaintiff, DIMAS O'CAMPO, and defendant, PACIFIC SUNWEAR CORP.,
3  stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's
4  complaint in the above-entitled action pursuant to FRCP 41(a)(2) **as to PACIFIC**
5  **SUNWEAR CORP.** *only*.

6     Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims
7  against defendants other than **PACIFIC SUNWEAR CORP**.

8
9  Dated: December 9, 2010        DISABLED ADVOCACY GROUP, APLC

10                                  /s/ Lynn Hubbard III
11                                 LYNN HUBBARD III
                                   Attorney for Plaintiff DIMAS O'CAMPO
12

13 Dated: December 9, 2010        CONNOLLY, FINKEL & GOSSELIN LLP
14
15                                  /s/ John G. Connolly
                                   JOHN G. CONNOLLY
16                                 Attorney for Defendant PACIFIC SUNWEAR CORP.

17
18
19                                **ORDER**

20    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-
21 01105-LKK-CMK, is hereby dismissed with prejudice as to defendant PACIFIC SUNWEAR
22 CORP.

23
24 Dated: December 10, 2010.

25
26                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
27                                 UNITED STATES DISTRICT COURT
28