Patrick L. Hurley,
State Bar No. 174438
**MANNING & KASS**
**ELLROD, RAMIREZ**, TRESTER LLP
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:    (415) 217-6999
Email: plh@manningllp.com

Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC. (erroneously sued as J.C. PENNEY COMPANY, INC. d/b/a JCPenney #2613)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHICO MALL, LP; et al.,<br><br>　　　　　　　Defendants.<br>_____ | CASE No.: 10-CV-01105-LKK-CMK<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION AS TO DEFENDANT J.C. PENNEY CORPORATION, INC. ONLY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint stipulation to dismiss the action with prejudice as to defendant J.C. PENNEY CORPORATION, INC. is granted.  Each party to bear his or her own costs and fees.

IT IS SO ORDERED.


Dated: January 25, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

-1-