1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff
   DIMAS O'CAMPO
6
   MARTIN H. ORLICK, SBN 083908
7  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   Two Embarcadero Center, Fifth Floor
8  San Francisco, CA 94111-3824
   Telephone: (415) 398-8080
9  Facsimile: (415) 398-5584

10 Attorneys for Defendant
   HOT TOPIC, INC.
11

12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16 DIMAS O'CAMPO,                   Case No. 2:10-CV-01105-LKK-CMK

17      Plaintiff,
                                    JOINT STIPULATION FOR DISMISSAL
18 v.                               and ORDER THEREON

19 CHICO MALL, LP, et al.,

20      Defendants.
                                  /
21

TO THE COURT AND TO ALL PARTIES:

  Plaintiff, DIMAS O'CAMPO, and defendant, HOT TOPIC, INC. dba HOT TOPIC #423, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2011    DISABLED ADVOCACY GROUP, APLC

             /s/   Lynn Hubbard III
            LYNN HUBBARD III
            Attorney for Plaintiff DIMAS O'CAMPO

Dated: April 12, 2011    JEFFER, MANGELS, BUTLER & MITCHELL LLP

             /s/   Martin H. Orlick
            MARTIN H. ORLICK
            Attorney for Defendant HOT TOPIC, INC.

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-01105-LKK-CMK, is hereby dismissed with prejudice.

Dated: April 13, 2011.

            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT